1  SCOTT N. SCHOOLS (SBN SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   JONATHAN U. LEE (CSBN 148792)
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102-3495
6  Telephone: (415) 436-6909
   Facsimile: (415) 436-6748
7  Email: jonathan.lee@usdoj.gov

8  Attorneys for Federal Defendant
   United States Postal Service

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EDL

DAVID McKEW,

          Plaintiff,

     v.

SAN FRANCISCO MUNICIPAL
RAILWAY; UNITED STATES POSTAL
SERVICE; MELVIN WASHINGTON,

          Defendant.

Case No. C 07 3620

**NOTICE OF REMOVAL**

TO:   Clerk, Superior Court of California
      County of San Francisco
      400 McAllister Street, Rm. 103
      San Francisco, California 94102-3680

      Philip A. Segal, Esq.
      Kern, Noda, Devine & Segal
      1388 Sutter Street, Suite 600
      San Francisco, California 94109

      Office of the City Attorney
      City Hall, Room 231
      San Francisco, CA 94102

//

//

NOTICE OF REMOVAL
McKew v. SF Municipal Railway, et al.          -1-

1  PLEASE TAKE NOTICE that on this day Case No. CGC 07-463816 pending in the San
2  Francisco County Superior Court, is being removed to the United States District Court for the
3  Northern District of California, pursuant to 28 U.S.C. §§ 1339, 1441(a), 1441(e), 1442(a)(1), and 39
4  U.S.C. § 409(a) on behalf of federal defendants United States Postal Service. Upon direction by the
5  Attorney General of the United States, the undersigned attorneys hereby present the following facts
6  to the Judges of the United States District Court for the Northern District of California.

7  1. On May 30, 2007, plaintiff David McKew filed a complaint for Personal Injury action
8  against San Francisco Municipal Railway; United States Postal Service; Melvin Washington and
9  Does 1 to 30.

10  2. Plaintiff seeks $1,050,000.00 in damages from Defendants as a result of a motor vehicle
11  accident.

12  3. On June 14, 2007, the United States Attorney's Office received copies of the summons and
13  complaint, which are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a), and which constitute the
14  only process or pleading which have been received. There has been no trial in this action.

15  4. This action is one which must be removed to the district court for the reason that the
16  plaintiff seeks judgment for damages resulting from the allegedly negligent operation of a motor
17  vehicle by a federal employee. Original jurisdiction lies in a federal forum under 28 U.S.C. § 1331
18  (civil actions arising under the Constitution, laws or treaties of the United States), 28 U.S.C. § 1339
19  and 39 U.S.C. § 409(a) (civil actions against the Postal Service), and the Federal Tort Claims Act, 28
20  U.S.C. §§ 1346, 2671, et seq.

21  5. A copy of this Notice is being filed with the Clerk of the Superior Court, San Francisco
22  County. That filing will automatically effect the removal of the action in its entirety to this Court for
23  all future proceedings.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

Dated: July 11, 2007      By: _____
JONATHAN U. LEE
Assistant United States Attorney

NOTICE OF REMOVAL
McKew v. SF Municipal Railway, et al.      -2-

# EXHIBIT A

|  | SUM-100 |
|---|---|
| **SUMMONS** *(CITACION JUDICIAL)* | FOR COURT USE ONLY *(SOLO PARA USO DE LA CORTE)* |

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):*

SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON; DOE 1 TO 30

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

DAVID MCKEW

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

CASE NUMBER: CGC-07-463816

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Philip A. Segal, Esq. (SBN 137633)           Tel: (415) 474-1900
Kern, Noda, Devine & Segal, 1388 Sutter Street, Suite 600, San Francisco, CA 94109     Fax: (415) 474-0302

DATE: MAY 3 0 2007    Clerk, by Deborah Steppe , Deputy
*(Fecha)*    Jordon Park    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☐ on behalf of *(specify)*:

   under: ☐ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

EXHIBIT A

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Philip A. Segal, Esq. (SBN 137633)<br>Kern, Noda, Devine & Segal<br>1388 Sutter Street, Suite 600<br>San Francisco, CA 94109<br>TELEPHONE NO.: (415) 474-1900   FAX NO.: (415) 474-0302<br>ATTORNEY FOR (Name): Plaintiff, DAVID MCKEW | ENDORSED<br>FILED<br>SAN FRANCISCO COUNTY<br>SUPERIOR COURT<br><br>2007 MAY 30  PM 1:53<br><br>GORDON PARK-LI, CLERK<br><br>Deborah Steppe<br>BY: _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NAME: DAVID MCKEW v. SAN FRANCISCO MUNICIPAL RAILWAY, et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ Unlimited   ☐ Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CGC-07-463816<br>JUDGE:<br>DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   ☑ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☐ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☐ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition (not specified above) (43)

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties   d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence   f. ☐ Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive

4. Number of causes of action (specify): 1

5. This case ☐ is  ☑ is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 5/30/07

PHILIP A. SEGAL, ESQ.
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 3.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Philip A. Segal, Esq. (SBN 137633)<br>Kern, Noda, Devine & Segal<br>1388 Sutter Street, Suite 600<br>San Francisco, CA 94109<br>TELEPHONE NO: (415) 474-1900   FAX NO. (Optional): (415) 474-0302<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff, DAVID MCKEW | PLD-PI-001<br>FOR COURT USE ONLY<br><br>ENDORSED<br>FILED<br>SAN FRANCISCO COUNTY<br>2007 MAY 30 PM 1:53<br>GORDON PARK-LI, CLERK<br>BY: Deborah Steppe<br>DEPUTY CLERK |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: | |
| PLAINTIFF: DAVID MCKEW<br>DEFENDANT: SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON;<br>[✓] DOES 1 TO 30 | CASE MANAGEMENT CONFERENCE SET<br><br>NOV - 2 2007 -9:00 AM<br><br>DEPARTMENT 212 |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[✓] MOTOR VEHICLE  [ ] OTHER (specify):<br>[ ] Property Damage   [ ] Wrongful Death<br>[✓] Personal Injury   [ ] Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded  [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br><br>CGC-07-463816 |

1. **Plaintiff** (name or names): DAVID MCKEW

   alleges causes of action against **defendant** (name or names): SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON; DOES 1 TO 30

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] **except plaintiff** (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: MCKEW v. SAN FRANCISCO MUNICIPAL RAILWAY, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): San Francisco Municipal Railway
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe): Municipal Railway
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☑ except defendant (name): United States Postal Service
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☑ a public entity (describe): Postal Service
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 - 20 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

3. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: MCKEW v. SAN FRANCISCO MUNICIPAL RAILWAY, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [✓] Motor Vehicle
    b. [ ] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [ ] Other *(specify):*

11. Plaintiff has suffered
    a. [✓] wage loss
    b. [✓] loss of use of property
    c. [✓] hospital and medical expenses
    d. [✓] general damage
    e. [✓] property damage
    f. [✓] loss of earning capacity
    g. [ ] other damage *(specify):*

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [ ] punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [✓] according to proof
       (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 5/30/07

PHILIP A. SEGAL, ESQ.
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]       COMPLAINT—Personal Injury, Property       Page 3 of 3
                                         Damage, Wrongful Death

| | | |
|---|---|---|
| SHORT TITLE: MCKEW v. SAN FRANCISCO MUNICIPAL RAILWAY, et al. | CASE NUMBER: | PLD-PI-001(1) |

_____First_____    **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* DAVID MCKEW

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* September 2, 2006
at *(place):* Washington Street between Hyde and Leavenworth, San Francisco, California.

MV- 2. DEFENDANTS
   a. ☑ The defendants who operated a motor vehicle are *(names):*
      MELVIN WASHINGTON

      ☑ Does   1   to   10  

   b. ☑ The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):* SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE

      ☑ Does   11   to   30  

   c. ☑ The defendants who owned the motor vehicle which was operated with their permission are *(names):*
      SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE

      ☑ Does   11   to   30  

   d. ☑ The defendants who entrusted the motor vehicle are *(names):*
      SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE

      ☑ Does   11   to   30  

   e. ☑ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
      SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON

      ☑ Does   1   to   30  

   f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      ☐ listed in Attachment MV-2f ☐ as follows:

☐ Does _____ to _____        Page   4  

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
LD-PI-001(1) [Rev. January 1, 2007]
**CAUSE OF ACTION—Motor Vehicle**
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

www.accesslaw.com

CIV-050

- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Philip A. Segal, Esq. (137633)<br>Kern, Noda, Devine & Segal<br>1388 Sutter Street, Suite 600<br>San Francisco, CA 94109 | 415-474-1900 | |

ATTORNEY FOR (name): Plaintiff, DAVID MCKEW

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: DAVID MCKEW
DEFENDANT: UNITED STATES POSTAL SERVICE

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER:<br>CGC-07-463816 |
|---|---|

To (name of one defendant only):
Plaintiff (name of one plaintiff only):
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. ☑ Pain, suffering, and inconvenience ................................................................ $ 500,000.00
   b. ☐ Emotional distress. ......................................................................................... $
   c. ☐ Loss of consortium......................................................................................... $
   d. ☐ Loss of sociey and companionship (wrongful death actions only) ................ $
   e. ☐ Other (specify) ................................................................................................ $
   f. ☐ Other (specify) ................................................................................................. $
   g. ☐ Continued on Attachment 1.g.

2. **Special damages**
   a. ☑ Medical expenses (to date) ............................................................................ $ 100,000.00
   b. ☑ Future medical expenses (present value) ...................................................... $ 100,000.00
   c. ☑ Loss of earnings (to date) ............................................................................... $ 100,000.00
   d. ☑ Loss of future earning capacity (present value) ............................................. $ 250,000.00
   e. ☐ Property damage ............................................................................................ $
   f. ☐ Funeral expenses (wrongful death actions only) ............................................ $
   g. ☐ Future contributions (present value) (wrongful death actions only) .............. $
   h. ☐ Value of personal service, advice, or training (wrongful death actions only) .. $
   i. ☐ Other (specify) ................................................................................................. $
   j. ☐ Other (specify) ................................................................................................ $
   k. ☐ Continued on Attachment 2.k.

3. ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $
   when pursuing a judgment in the suit filed against you.

Date: 06/13/07

PHILIP A. SEGAL
(TYPE OR PRINT NAME)                              ► (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 (Rev. January 1, 2007)

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

www.accesslaw.com

CASE NUMBER: CGC-07-463816  DAVID MCKEW VS. SAN FRANCISCO MUNICIPAL RAILWA

## NOTICE TO PLAINTIFF

A Case Management Conference is set for

      DATE:    NOV-02-2007

      TIME:    9:00AM

      PLACE:  Department 212
                    400 McAllister Street
                    San Francisco, CA  94102-3680

All parties must appear and comply with Local Rule 3.

> CRC 3.725 requires the filing and service of a case management statement form CM-110 no later than 15 days before the case management conference.
>
> However, it would facilitate the issuance of a case management order **without an appearance** at the case management conference if the case management statement is filed, served and lodged in Department 212 twenty-five (25) days before the case management

Plaintiff must serve a copy of this notice upon each party to this action with the summons and complaint. Proof of service subsequently filed with this court shall so state.

### ALTERNATIVE DISPUTE RESOLUTION POLICY REQUIREMENTS

> IT IS THE POLICY OF THE SUPERIOR COURT THAT EVERY CIVIL CASE PARTICIPATE IN EITHER MEDIATION, JUDICIAL OR NON-JUDICIAL ARBITRATION, THE EARLY SETTLEMENT PROGRAM OR SOME SUITABLE FORM OF ALTERNATIVE DISPUTE RESOLUTION PRIOR TO A MANDATORY SETTLEMENT CONFERENCE OR TRIAL.
> (SEE LOCAL RULE 4)

Plaintiff must serve a copy of the Alternative Dispute Resolution Information Package on each defendant along with the complaint. All counsel must discuss ADR with clients and opposing counsel and provide clients with a copy of the Alternative Dispute Resolution Information Package prior to filing the Case Management Statement.

**[DEFENDANTS: Attending the Case Management Conference does not take the place of filing a written response to the complaint. You must file a written response with the court within the time limit required by law. See Summons.]**

Superior Court Alternative Dispute Resolution Coordinator
400 McAllister Street, Room 103
San Francisco, CA  94102
(415) 551-3876

See Local Rules 3.6, 6.0 C and 10 D re stipulation to commissioners acting as temporary judges