| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SBN SC 9990) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | JONATHAN U. LEE (CSBN 148792) |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
|   | San Francisco, CA 94102-3495 |
| 6 | Telephone: (415) 436-6909 |
|   | Facsimile: (415) 436-6748 |
| 7 | Email: jonathan.lee@usdoj.gov |
| 8 | Attorneys for Federal Defendant |
|   | United States Postal Service |

FILED
07 JUL 13 PM 1:56

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DAVID McKEW, | ) | |
| | ) | Case No. C 07-03620 EDL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROOF OF SERVICE** |
| | ) | |
| SAN FRANCISCO MUNICIPAL | ) | |
| RAILWAY; UNITED STATES POSTAL | ) | |
| SERVICE; MELVIN WASHINGTON, | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that on July 13, 2007 she caused a copy of:

1) Notice of Removal filed July 13, 2007;

2) Order Setting Initial Case Management Conference and ADR Deadlines filed July 13, 2007; Standing Order for Magistrate Judge Elizabeth D. Laporte; Standing Order re Case Management Conference; Standing Order For All Judges of the Northern District of California;

PROOF OF SERVICE
McKew v. SF Municipal Railway, et al.         -1-

3)  Notice of Assignment Of Case To A United States Magistrate Judge For Trial;

Consent To Proceed Before A United States Magistrate Judge; Declination to Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;

4)  ECF Registration Information Handout;

5)  Welcome To The U.S. District Court, San Francisco; and

6)  Proof of Service

to be served upon the persons at the place and addresses stated below, which are the last known addresses:

Philip A. Segal, Esq.
Kern, Noda, Devine & Segal
1388 Sutter Street, Suite 600
San Francisco, California  94109

Office of the City Attorney
City Hall, Room 231
San Francisco, California 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of July 2007 at San Francisco, California.

Diann Lackey
Paralegal Specialist

PROOF OF SERVICE
McKew v. SF Municipal Railway, et al.           -2-