SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6909
    Facsimile:   (415) 436-6748
    Email:       jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, <br><br> Plaintiff, <br><br> v. <br><br> SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON. <br><br> Defendants. | No. C 07-3620 EDL <br><br> **E-FILING CASE** <br><br> **(PROPOSED) ORDER** <br><br> Date: September 4, 2007 <br> Time: 2:00 p.m. <br> Place: Courtroom E, 15th Floor |

FOR GOOD CAUSE SHOWN, the Court GRANTS the motion to dismiss, without prejudice, because under 28 U.S.C. § 2675(a) plaintiff may not institute an action until exhaustion of pre-suit administrative remedies.

Dated: September __, 2007

                                            Elizabeth D. Laporte
                                            United States Magistrate Judge