UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MCKEW

       Plaintiff,

  v.

SAN FRANCISCO MUNICIPAL RAILWAY, et al.,

       Defendants
_____/

No. C-07-03620-EDL

NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE

TO ALL PARTIES AND COUNSEL OF RECORD:

The notice of removal in the above-entitled action was filed on July 13, 2007. Pursuant to General Order 44, this case has been assigned to Magistrate Judge Elizabeth D. Laporte to conduct all further proceedings and to order the entry of final judgment upon the consent of all parties in the case. A signed consent to the jurisdiction of the Magistrate Judge must be filed by all parties before Magistrate Judge Laporte can consider the merits of the case or any substantive motion filed by any party.

Federal Defendant has filed a Motion to Dismiss, which has been noticed for hearing on September 4, 2007 at 2:00 p.m. Accordingly, the parties are instructed to sign and return one of the enclosed forms no later than August 13, 2007, indicating whether they consent to the jurisdiction of the Magistrate Judge in this matter or request reassignment to a District Court Judge.

Dated: August 3, 2007

                                          Richard W. Wieking, Clerk

                                          _____

                                          By: Lili M. Harrell, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MCKEW,                                                       No. C07-03620 EDL

        Plaintiff,

      v.                                                    **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

SAN FRANCISCO MUNICIPAL RAILWAY, et al

        Defendants,
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____           _____
                                                       Signature

                                                    Counsel for _____
                                                    (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID MCKEW,

        Plaintiff,

v.

SAN FRANCISCO MUNICIPAL RAILWAY, et al.,

        Defendant.
_____/

No. C 07-03620 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
**AND**
**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____         _____
                                                                    Signature

                                                                    Counsel for _____
                                                                    (Name or party or indicate "pro se")

United States District Court
For the Northern District of California