SCOTT N. SCHOOLS (S.C. BN 9990)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6909
    Facsimile:   (415) 436-6748
    Email:       jonathan.lee@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, | No. C 07-3620 EDL |
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| v. | |
| SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON. | |
| Defendants. | |

TO THE PLAINTIFF:

    Defendant's counsel will be unavailable from August 4, 2007 through August 12, 2007. Please be advised that scheduling hearings during these dates of unavailability could subject you to sanctions. *Tenderloin Housing Clinics v. Sparks*, 8 Cal. App. 4th 299, 30-305 (1992).

                                      Respectfully submitted,

                                      KEVIN V. RYAN
                                    United States Attorney

Dated: August 3, 2007                           /s/
                                      JONATHAN U. LEE
                                      Assistant United States Attorney