1  SCOTT N. SCHOOLS (S.C. BN 9990)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
          450 Golden Gate Avenue, 9th Floor
5         San Francisco, California 94102-3495
          Telephone:    (415) 436-6909
6         Facsimile:    (415) 436-6748
          Email:        jonathan.lee@usdoj.gov
7
   Attorneys for Federal Defendant
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11
   DAVID MCKEW,                    )    No. C 07-3620 EDL
12                                 )
                     Plaintiff,    )    **E-FILING CASE**
13                                 )
                v.                  )    **CONSENT TO PROCEED BEFORE A**
14                                 )    **UNITED STATES MAGISTRATE**
   SAN FRANCISCO MUNICIPAL         )    **JUDGE**
15 RAILWAY; UNITED STATES POSTAL   )
   SERVICE; MELVIN WASHINGTON.     )
16                                 )
                     Defendants.   )
17 _____)

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
2 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all
3 further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal
4 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
5 Circuit.

                                      Respectfully submitted,
                                      SCOTT N. SCHOOLS
                                      United States Attorney

Dated: July 27, 2007                    /s/ Jonathan U. Lee
                                      JONATHAN U. LEE
                                      Assistant United States Attorney