1  LAWRENCE E. KERN, ESQ. 046865
   PHILIP A. SEGAL, ESQ. 137633
2  **KERN, NODA, DEVINE & SEGAL**
   1388 Sutter Street, Suite 600
3  San Francisco, CA 94109
   Tel: (415) 474-1900
4

5  Attorney for Plaintiff,
   David McKew
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11 | DAVID MCKEW,                                NO. C 07-3620 EDL

12 |     Plaintiff,                             **E-FILING CASE**

13 | vs.                                        **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

14 | SAN FRANCISCO MUNICIPAL
   RAILWAY; UNITED STATES POSTAL
15 | SERVICE; MELVIN WASHINGTON

16 |     Defendants
                                            /
17

1  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 13, 2007              /s/ Philip A. Segal

                                              PHILIP A. SEGAL
                                              Attorney for Plaintiff,
                                              David McKew