LAWRENCE E. KERN, ESQ. 046865
PHILIP A. SEGAL, ESQ. 137633
**KERN, NODA, DEVINE & SEGAL**
1388 Sutter Street, Suite 600
San Francisco, CA 94109
Tel: (415) 474-1900

Attorney for Plaintiff,
David McKew

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, | NO. C 07-3620 EDL |
| Plaintiff, | **E-FILING CASE** |
| vs. | **PLAINTIFF'S NON-OPPOSITION TO DEFENDANT UNITED STATES POSTAL SERVICE'S MOTION TO DISMISS** |
| SAN FRANCISCO MUNICIPAL RAILWAY; UNITED STATES POSTAL SERVICE; MELVIN WASHINGTON | |
| Defendants | Date: September 4, 2007<br>Time: 2:00 p.m.<br>Place: Courtroom E, 15th Floor |

Plaintiff DAVID MCKEW does not contest the motion of Defendant UNITED STATES POSTAL SERVICE to dismiss without prejudice the complaint against it.

Dated: August 13, 2007

                                         /s/ Philip A. Segal

                                         PHILIP A. SEGAL
                                         Attorney for Plaintiff,
                                         David McKew