SCOTT N. SCHOOLS
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
JONATHAN U. LEE
Assistant United States Attorney
Northern District of California
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel:  415-436-6909
FAX:  415-436-6748

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, | Case No. 07-3620 EDL |
| Plaintiff, | **JOINT STATUS STATEMENT** |
| v. | |
| SAN FRANCISCO MUNICIPAL RAILWAY, UNITED STATES POSTAL SERVICE, MELVIN WASHINGTON, | Date:  October 16, 2007<br>Time:  10:00 a.m.<br>Place:  Courtroom E, 15th Floor |
| Defendants. | |

THE PARTIES HEREBY SUBMIT THIS JOINT STATEMENT UPDATING THE COURT AS TO THE STATUS OF THIS MATTER:

1. <u>Subject matter of the litigation</u>

    This is a personal injury action.  Plaintiff alleges he suffered personal injuries while riding the San Francisco Municipal Railway's cable car on September 2, 2006.

2. <u>Appearances</u>

    Plaintiff McKew has appeared and filed a Consent to the Magistrate's Jurisdiction. See Docket #10.  Defendant United States Postal Service filed a motion to dismiss the complaint for failure to exhaust administrative remedies before filing suit and it filed a Consent to the Magistrate's Jurisdiction.  See Docket ## 4-7, 9.

    Defendants City and County of San Francisco on behalf of San Francisco Municipal Railway appeared by answering the complaint in State Court.  San Francisco has not filed an appearance in the federal action on the understanding that the action would soon be remanded to state court.   San Francisco concurs with plaintiff and the Federal Defendant that the action should be remanded to State Court.

3. <u>Procedural History</u>

    Plaintiff filed his complaint in San Francisco Superior Court on May 30, 2007, less than four months after presenting his administrative tort claim to the United States Postal Service.  The Federal Defendant removed the action to this Court on July 13, 2007 and filed its motion to dismiss on July 27, 2007.  See Docket ## 1, 4-7.  The Court did not conduct a hearing on the motion on September 4, 2007, as noticed, and the motion was unopposed by plaintiff.  See Docket # 11.

4. <u>Dismissal and Remand of State Law Claims Requested</u>

    Plaintiff and the Federal Defendant concur that this action should be dismissed, without prejudice, pursuant to the Ninth Circuit's controlling precedent applying the Federal Tort Claims Act.  All parties agree that after dismissal of the Federal Defendant without prejudice, the Court should remand the remaining claims and

parties to state court.  28 U.S.C. section 1447(c) states, in pertinent part: "If at any time before final judgment it appears that the district court lacks subject-matter jurisdiction, the case shall be remanded."  The district court may remand a case for lack of jurisdiction on its own, without a motion by plaintiff or other parties.  Page v. City of Southfield, 45 F.3d 128, 133 (6th Cir. 1995); In re Allstate Ins. Co., 8 F.3d 219, 233 (5th Cir. 1993).

DATED:  October 10, 2007          KERN, NODA, DEVINE & SEGAL


                                  _/s/_____

                                  Phillip A. Segal, Esq.

                                  ATTORNEYS FOR PLAINTIFF


DATED:  October 10, 2007          SAN FRANCISCO CITY ATTORNEY'S OFFICE


                                  _/s/_____
                                  David Newdorf, Esq.
                                  Deputy City Attorney
                                  ATTORNEYS FOR DEFENDANTS MUNICIPAL
                                  RAILWAY AND WASHINGTON


DATED:  October 10, 2007          UNITED STATES ATTORNEY'S OFFICE


                                  __/s/_____
                                  Jonathan U. Lee
                                  Assistant United States Attorney
                                  ATTORNEYS FOR UNITED STATES POSTAL
                                  SERVICE