DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:    (415) 554-3837
E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MCKEW,<br><br>        Plaintiff,<br><br>   vs.<br><br>SAN FRANCISCO MUNICIPAL RAILWAY, UNITED STATES POSTAL SERVICE, MELVIN WASHINGTON,<br><br>        Defendants. | Case No. 07-3620 EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

1     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 11, 2007

                DENNIS J. HERRERA
                City Attorney
                JOANNE HOEPER
                Chief Trial Deputy
                DAVID B. NEWDORF
                Deputy City Attorney

              -/s/- *David B. Newdorf*
By:_____
                DAVID B. NEWDORF

                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO