SCOTT N. SCHOOLS
United States Attorney
JOANN M. SWANSON
Chief, Civil Division
JONATHAN U. LEE
Assistant United States Attorney
Northern District of California
9th Floor, Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: 415-436-6909
FAX: 415-436-6748

Attorneys for Federal Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MCKEW, | Case No. 07-3620 EDL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER** |
| v. | |
| SAN FRANCISCO MUNICIPAL RAILWAY, UNITED STATES POSTAL SERVICE, MELVIN WASHINGTON, | |
| Defendants. | |

THE PARTIES TO THIS MATTER HEREBY STIPULATE AS FOLLOWS:

1. Pending before the Court is a motion to dismiss ("the Motion") without prejudice, filed by the defendant United States Postal Service for failure to exhaust administrative remedies before filing suit.

2. The parties request that the Court grant the Motion without prejudice. See, e.g., Jerves v. U.S., 966 F.2d 517, 521 (9th Cir. 1992) ("Section 2675(a) establishes explicit prerequisites to the filing of suit against the Government in district court. It admits of no exceptions."); Burns v. United States, 764 F.2d 722, 723 (9th Cir. 1985) ("The claim requirement of section 2675 is jurisdictional in nature and may not be

1

waived."); Spawr v. United States, 796 F.2d 279, 280 (9th Cir. 1986) ("28 U.S.C. § 2675(a) specifies that a suit may not be instituted against the United States unless it is first presented to the appropriate federal agency and either finally denied or permitted to languish for six months without resolution. This claim requirement is jurisdictional in nature and may not be waived.")

3. The parties further request that the Court remand the remaining claims and parties to the San Francisco Superior Court, pursuant to 28 U.S.C. section 1447(c) states, in pertinent part: "If at any time before final judgment it appears that the district court lacks subject-matter jurisdiction, the case shall be remanded." See Page v. City of Southfield, 45 F.3d 128, 133 (6th Cir. 1995); In re Allstate Ins. Co., 8 F.3d 219, 233 (5th Cir. 1993).

**SO STIPULATED.**

DATED: October 19, 2007         KERN, NODA, DEVINE & SEGAL

                                /s/
                                Phillip A. Segal, Esq.
                                ATTORNEYS FOR PLAINTIFF

DATED: October 17, 2007         SAN FRANCISCO CITY ATTORNEY'S OFFICE

                                /s/
                                David Newdorf, Esq.
                                Deputy City Attorney
                                ATTORNEYS FOR DEFENDANTS MUNICIPAL RAILWAY

DATED: October 19, 2007         UNITED STATES ATTORNEY'S OFFICE

                                /s/
                                Jonathan U. Lee
                                Assistant United States Attorney
                                ATTORNEYS FOR UNITED STATES POSTAL SERVICE

2

## PROPOSED ORDER

**IT IS SO ORDERED.**

The United States Postal Service's motion to dismiss is granted without prejudice. The remaining claims and parties are remanded to the Superior Court in and for San Francisco County.

Date: October ___, 2007

_____
Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE