# KERN, NODA, DEVINE & SEGAL

A LAW CORPORATION

LAWRENCE E. KERN

JOHN A. NODA
JOSEPH M. DEVINE
PHILIP A. SEGAL
MICHAEL G. THOMAS
KURT D. MILLER
PAUL E. van DYK
KATHERINE FREYRE

1388 SUTTER STREET, SUITE 600
SAN FRANCISCO, CA 94109

TELEPHONE: (415) 474-1900
FACSIMILE: (415) 474-0302

LOS ANGELES OFFICE
18501 SOPHIA LANE
TARZANA, CA 91356

TELEPHONE: (818) 783-1198

REPLY TO SAN FRANCISCO OFFICE

November 27, 2007

**VIA FACSIMILE (415) 522-____ AND FIRST CLASS MAIL**

Judge Laporte
Attention: Lili
Northern District Federal Court
450 Golden Gate Avenue
San Francisco, CA 94102

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:  McKew v. Muni
     Federal Court Case No.:   073620ADL
     D/A:                      9/2/06
     Our File No.:             PLNTF 502

Dear Judge Laporte:

It has come to my attention that the attorneys for the City and County of San Francisco are stating that the driver Melvin Washington was not properly served with the Summons and Complaint. We are accepting the City Attorney's representation that Mr. Washington was not properly served. Therefore, since he has not officially been served and is not before the court, we believe there is no opposition to the remand of the case back to the State Court.

We are requesting the Federal Court expedite remanding the case back to State Court so we can proceed with resolution of this case.

Very truly yours,

PHILIP A. SEGAL

PAS/cv
cc:  Jonathan U. Lee, Esq.;
     David Newdorf, Esq.

F:\CLNEW\PLAINTIF\MCKEW\CORR\JUDGE LAPORTE.doc