**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 29, 2007

San Francisco County Superior Court
Office of the Clerk
400 McAllister Street, Room 103
San Francisco, CA 94102

**RE:  DAVID MCKEW -v- SAN FRANCISCO MUNICIPAL RAILWAY, et al.,
Case No.  C-07-3620-EDL, Your Case Number: (CGC-07-463816)**

**Dear Clerk,**

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

(X)     Certified copies of docket entries

(X)     Certified copies of Remand Order

( )     Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Thelma Nudo
     Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg