**COPY**

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

November 29, 2007

General Court Number
415.522.2000

**ENDORSED
FILED**
San Francisco County Superior Court

DEC 0 4 2007

GORDON PARK-LI, Clerk
BY: _____JEANETTE SANTOS_____
Deputy Clerk

San Francisco County Superior Court
Office of the Clerk
400 McAllister Street, Room 103
San Francisco, CA 94102

RE: **DAVID MCKEW -v- SAN FRANCISCO MUNICIPAL RAILWAY, et al.,
Case No. C-07-3620-EDL, Your Case Number: (CGC-07-463816)**

**Dear Clerk,**

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg