1  JOSEPH P. RUSSONIELLO (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4

5  450 Golden Gate Avenue, Ninth Floor
   San Francisco, California 94102
6  Telephone:      (415) 436-6909
   Facsimile:      (415) 436-6748
7  Email: jonathan.lee@usdoj.gov

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 DAVID MCKEW,                          )   No. C 07-3620 EDL
                                         )
13              Plaintiff,               )
                                         )   **ORDER GRANTING**
14       v.                              )   **ADMINISTRATIVE MOTION TO**
                                         )   **CONSIDER WHETHER CASES**
15 SAN FRANCISCO MUNICIPAL               )   **SHOULD BE RELATED**
   RAILWAY; UNITED STATES POSTAL         )
16 SERVICE; MELVIN WASHINGTON.           )
                                         )   Civil Local Rules 3-12(b), 7-11
17              Defendants.              )
                                         )
18 DAVID MCKEW,                          )
                                         )
19              Plaintiff,               )
                                         )   No. C 08-00855 JL
20       v.                              )
                                         )
21 SAN FRANCISCO MUNICIPAL               )
   RAILWAY; UNITED STATES POSTAL         )
22 SERVICE.                              )
                                         )
23              Defendants.              )
                                         )
24

25

26

27

28

PROPOSED ORDER ON ADMINISTRATIVE MOTION TO RELATE
C 07-03620 EDL & 08-00855 JL           -1-

1  The Motion for Miscellaneous Relief under Civil Local Rule 7-11 is GRANTED. The Court
2  finds that Action 08-00855 is substantially similar to Action 07-03620, an earlier action filed by
3  Mr. McKew, and therefore the cases shall be related due to their common questions of fact and
4  law.

6  Dated: February __, 2008

   _____
   The Honorable Elizabeth D. Laporte
   UNITED STATES MAGISTRATE JUDGE